**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark E. AMOS, Defendant–Appellant.**

**No. 06–30811**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 23, 2007.

Tony Gordon Sanders, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Mark E. Amos, Beaumont, TX, pro se.

Before JONES, Chief Judge, and JOLLY and OWEN, Circuit Judges.

PER CURIAM: *

Mark E. Amos was convicted pursuant to his guilty plea of possession with intent to distribute marijuana and conspiracy to possess cocaine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), 846. He appeals the district court's dismissal of his 28 U.S.C. § 2255 motion to vacate his sentence as being time-barred. The district court granted a certificate of appealability as to this issue. Notwithstanding his assertions to the contrary, *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), is not retroactively applicable to his motion. *See United States v. Gentry*, 432 F.3d 600, 604–05 (5th

---

Cir.2005). Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.